UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUKE DINAN,

      Plaintiff,

  -v-                                            No. 21-CV-8987-LTS

WARDEN CARTER, WARDEN GUERRA,
CAPTAIN HORTON, CAPTAIN ANTHONY
DANIEL, CAPTAIN CARLO CIQUERO, AND
CAPTAIN JERMAIN SLACK,

      Defendants.

------------------------------------------------------------x

## Order

      Defendants have moved to dismiss the complaint in this action. (See docket entry no. 14.) According to the docket, various items that were mailed to the Plaintiff were returned as undelivered or as unable to forward, including the recent Notice of Case Reassignment to the undersigned. (See, e.g., docket entry dated February 13, 2023.)

      The Court hereby extends Plaintiff's time to respond to Defendants' motion to dismiss until **March 22, 2023**. The Clerk of Clerk is respectfully directed to mail a copy of (1) the Defendants' motion to dismiss (at docket entry nos. 14-15); (2) the Notice of Case Reassignment; and (3) this Order to the Plaintiff at the address listed below.

      SO ORDERED.

Dated: New York, New York          /s/ Laura Taylor Swain
      February 22, 2023             LAURA TAYLOR SWAIN
                                                  Chief United States District Judge

**Mail to**:
Luke Dinan
97-50 Queens Blvd
Apt. B12
Rego Park, NY 11374