UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LUKE DINAN,

                Plaintiff,

-against-

WARDEN CARTER, WARDEN GUERRA, CAPTAIN HORTON, CAPTAIN ANTHONY DANIEL, CAPTAIN CARLO CIQUERO, AND CAPTAIN JERMAIN SLACK,

                Defendants.

-----------------------------------------------------------X

21 **CIVIL** 8987 (LTS)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 22, 2023, the Court grants Defendants' motion to dismiss the complaint. This Memorandum Order resolves docket entry no. 14. The Clerk is Court is respectfully directed to enter judgment dismissing the complaint and close case number 21-cv-8987. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly the case is closed.

**Dated:**  New York, New York

         March 22, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**